United States District Court
Southern District of Texas
**ENTERED**
March 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUGENE SCHREIBER, *et al.*, | § | |
| | § | |
| Plaintiffs/Counter-Defendants, | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-3787 |
| | § | |
| NELKIN & NELKIN, P.C., *et al.*, | § | ADVERSARY CASE NO. 24-3061 |
| | § | |
| Defendants/Counter-Plaintiffs. | § | |

## ORDER

This civil matter arises out of Southern District of Texas bankruptcy adversary proceeding number 24-3061. Before the Court are two motions to withdraw the reference to the bankruptcy court and Judge Rodriguez's report and recommendation regarding those motions. The Court **ADOPTS** Judge Rodriguez's report and recommendation and respectfully **OVERRULES** the objections filed by the Two Rivers Parties. Accordingly, the motions to withdraw the reference (Dkt. 2; Dkt. 3) are **GRANTED for purposes of trial only**. All pretrial matters are assigned to Judge Rodriguez. All other motions pending on this civil docket are **TERMINATED**.

SIGNED at Houston, Texas on March 19, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1